IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRED DEAN CHAVEZ,

    Plaintiffs

vs.                                                      No. CIV 13-0309 JB/LFG

COUNTY OF BERNALILLO, AND
RAMON RUSKIN, CHIEF OF CORRECTIONS
OF METROPOLITAN DETENTION CENTER,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed January 31, 2014 (Doc. 30)("MOO"), in which the Court granted in part the Defendants' Motion for Summary Judgment, filed April 11, 2013 (Doc. 8), dismissed all federal claims in the case, and remanded the remaining case to the Second Judicial District Court, County of Bernalillo, State of New Mexico. Because the Court's MOO disposes of all claims and parties before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that this case and all Plaintiff Fred Dean Chavez' remaining state law claims are remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Scott A. Pistone
Michael E. Lash
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Jeffrey L. Baker
Renni Zifferblatt
The Baker Law Firm
Albuquerque, New Mexico

    *Attorneys for the Defendants*